KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
Telephone:  214.880.8100
Fax No.:    214.880.0181
E-mail:     kblakey@littler.com

Attorneys for Defendants
AMERICAN AIRLINES, INC. AND
AMERICAN AIRLINES GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a foreign corporation; AMERICAN AIRLINES GROUP, INC., a foreign corporation; DOES and ROES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-02853-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff MAHMUD MAHDI ("Plaintiff") and Defendants AMERICAN AIRLINES INC. and AMERICAN AIRLINES GROUP, INC., ("Defendant"), by and through their attorneys of record, stipulate to extend the deadline for Defendant to File a Reply in Support of its Motion to Dismiss to up to and including December 18, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first extension of Defendant's deadline to file a reply in support of its motion to dismiss and is made in good faith by stipulation of the parties. This extension is needed due to Defense counsel's current work load which has included dispositive motions, witness interviews, and previously scheduled court deadlines which have limited the ability to communicate with Defendants. Accordingly, in order to provide a full and proper substantive reply to Plaintiff's Opposition, the requested one-week extension to up to and including December 18, 2017, is necessary.

Dated: December ____, 2017

Respectfully submitted,

/s/
SHARON L. NELSON
NELSON LAW

Attorneys for Plaintiff

/s/
KATHRYN B. BLAKEY
LITTLER MENDELSON, P.C.

Attorneys for Defendants

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of December, 2017.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

## **PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On December ____, 2017, I served the within document(s):

☒ By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Sharon L. Nelson, Esq.
Nelson Law
5940 S. Rainbow Blvd.
Las Vegas, NV 89118

I declare under penalty of perjury that the foregoing is true and correct. Executed on December ___, 2017, at Las Vegas, Nevada.

*/s/ Erin J. Melwak*
Erin J. Melwak

Firmwide:151667224.1 086761.1028

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.