# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02853-RFB-GWF |
| vs. | ) **ORDER** |
| AMERICAN AIRLINES, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 14, 2017, required the parties to file a Joint Status Report no later than December 14, 2017. *See* ECF No. 2. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 3, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge