MELODIE CRAFT, ESQ., BAR# 24055001
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
Telephone: 214.880.8100
Fax No.: 214.880.0181
E-mail: kblakey@littler.com

Attorneys for Defendants
AMERICAN AIRLINES, INC. AND
AMERICAN AIRLINES GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a foreign corporation; AMERICAN AIRLINES GROUP, INC., a foreign corporation; DOES and ROES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-02853-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER RESCHEDULING EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff MAHMUD MAHDI ("Plaintiff") and Defendants' AMERICAN AIRLINES, INC. and AMERICAN AIRLINES GROUP, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Early Neutral Evaluation ("ENE") Session presently scheduled for Wednesday, January 10, 2018, before the Honorable Magistrate Judge, Carl W. Hoffman, be vacated and rescheduled for a date that is convenient for the Court and mutually agreeable between the parties, as set forth below. In support of this stipulation and request the parties state as follows:

1. On November 21, 2017, the Court scheduled this case for an ENE Session on January 10, 2018 in the chambers of U.S. Magistrate Judge, Carl W. Hoffman (ECF No. 7).

2. Despite efforts to move prior commitments, the representative for Defendant whose presence is necessary at the ENE is not available to attend the ENE on January 10, 2018.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3. The parties have diligently worked to find mutually available dates and submit this request within one day of the parties finding such dates.

4. The parties are available and propose the following dates for the Court's consideration to reschedule the ENE session: February 8, 2018 or February 9, 2018. Alternatively, the parties request that the Court propose dates to which the parties may respond with their availability.

5. Consequently, the parties stipulate and respectfully request that the Court reschedule the ENE Session for one of the dates set forth above, if one of those dates is convenient for the Court.

This request is made in good faith and not for the purpose of undue delay.

Dated: December 29, 2017

Respectfully submitted,

/s/ *Sharon L. Nelson, Esq.*  
SHARON L. NELSON  
NELSON LAW

/s/ *Kathryn B. Blakey, Esq.*  
MELODIE CRAFT  
KATHRYN B. BLAKEY  
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff

Attorneys for Defendants

ENE rescheduled for 2/8/2018 at 8:30 AM in LV Chambers Rm 3014 before Magistrate Judge Carl W. Hoffman. Written evaluation statements due in chambers by 2/1/2018.

IT IS SO ORDERED.

DATED: January 2, 2018

_____  
C.W. HOFFMAN, JR.  
UNITED STATES MAGISTRATE JUDGE

Firmwide:151986401.1 086761.1028

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800