PAUL E. BATEMAN, ESQ., BAR # 6188371
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Fax No.: 312.372.7880
E-mail: pbateman@littler.com

KATHRYN B. BLAKEY, ESQ., BAR # 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
Telephone: 214.880.8100
Fax No.: 214.880.0181
E-mail: kblakey@littler.com

Attorneys for Defendants
AMERICAN AIRLINES, INC. AND
AMERICAN AIRLINES GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a foreign corporation; AMERICAN AIRLINES GROUP, INC., a foreign corporation; DOES and ROES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-02853-RFB-GWF<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant AMERICAN AIRLINES, INC. (hereinafter "American Airlines" or "Defendant") and AMERICAN AIRLINES, GROUP, INC. ("AAGH") (collectively "Defendants"), hereby moves this Court for an Order substituting counsel as follows:

Defendants request that Paul E. Bateman, Esq., pending approval of his *pro hac vice* application filed contemporaneously herewith, be substituted for Melodie Craft, Esq. currently listed as a Littler Mendelson attorney representing Defendants.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Melodie Craft is leaving the firm of Littler Mendelson and is no longer participating in this litigation. Mr. Bateman's current mailing address and email address are:

Paul E. Bateman, Esq.
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
pbateman@littler.com

Defendants continue to be represented in this action by the law firm of Littler Mendelson. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendants respectfully requests that Paul E. Bateman, Esq. be substituted as counsel, and that Melodie Craft, Esq. be allowed to withdraw as counsel in this matter.

Dated: April 18, 2018

Respectfully submitted,

*/s/ Kathryn B. Blakey, Esq.*
PAUL E. BATEMAN
KATHRYN B. BLAKEY
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: April 23, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:154067198.1 086761.1028

2.