PAUL E. BATEMAN, ESQ., BAR # 6188371 (Pro Hac Vice)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Fax No.: 312.372.7880
E-mail: pbateman@littler.com

KATHRYN BLAKEY, ESQ., BAR # 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Telephone: 214.880.8100
Fax No.: 214.880.0181
E-mail: kblakey@littler.com

Attorneys for Defendants
AMERICAN AIRLINES, INC. AND
AMERICAN AIRLINES GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a foreign corporation; AMERICAN AIRLINES GROUP, INC., a foreign corporation; DOES and ROES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02853-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS [ECF NO. 50] AND REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [ECF NO. 51]**<br><br>**(FIRST REQUEST)** |

Plaintiff MAHMUD MAHDI ("Plaintiff") and Defendants AMERICAN AIRLINES INC. and AMERICAN AIRLINES GROUP, INC., ("Defendants"), by and through their attorneys of record, stipulate to extend the deadline for Defendants to File a Reply in Support of its Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Claim 4) Pursuant to FRCP 12(b)(1) and 12(h)(3) [ECF No. 50], and its Motion for Partial Judgment on the Pleadings (Claims 4, 5 and 6) Pursuant to FRCP 12(c) [ECF No. 51] to up to and including November 14, 2018.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

/ / /

This is the first extension of Defendants' deadline to file a reply in support of its partial motion to dismiss and to file a reply in support of its motion for judgment on the pleadings and is made in good faith by stipulation of the parties. This extension is needed due to Defense counsel's current work load which has included depositions, dispositive motions, and previously scheduled court deadlines which have limited the ability to communicate with Defendants. Accordingly, in order to provide a full and proper substantive reply to Plaintiff's Oppositions, the requested one-week extension to up to and including November 14, 2018, is necessary.

Dated: November 7, 2018

Respectfully submitted,

/s/ *Sharon L. Nelson, Esq.*
SHARON L. NELSON
NELSON LAW

Attorneys for Plaintiff

/s/ *Kathryn B. Blakey, Esq.*
PAUL BATEMAN
KATHRYN B. BLAKEY
LITTLER MENDELSON, P.C.

Attorneys for Defendants

IT IS SO ORDERED.

Dated this 8th Day of November, 2018.

RICHARD F. BOULWARE, II
United States District Judge

FIRMWIDE:159902907.1 086761.1028

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800