SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Telephone:     (702) 247-4529
Facsimile:     (702) 737-4529
*snelson@nelsonlawlv.com*
Attorneys for Plaintiff
Mahmud Mahdi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAHMUD MAHDI; an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES,INC., a foreign corporation; AMERICAN AIRLINES GROUP, INC., a foreign corporation; DOES and ROES 1-100; inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02853-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Mahmud Mahdi ("Plaintiff") and Defendants American Airlines, Inc., and American Airlines Group, Inc. (collectively "Defendants"), by and through their respective attorneys hereby stipulate that the above captioned case be dismissed with prejudice.

//

//

//

//

Each party to bear its own fees and costs.

Dated this 27th day of October 2019.

| | |
|---|---|
| **NELSON LAW** | **LITTLER MENDELSON, P.C.** |
| /s/ Sharon L. Nelson | /s/ Kathryn B. Blakey |
| Sharon L. Nelson | Kathryn B. Blakey |
| Nevada Bar No. 6433 | Nevada Bar No. 12701 |
| 5940 S. Rainbow Blvd. | 2001 Ross Avenue |
| Las Vegas, NV 89118 | Suite 1500, Lock Box 116 |
| Attorneys for Plaintiff | Dallas, TX 75201-2931 |
| | Attorneys for Defendants |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2019.